## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Julie Ferren, | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT** |
| Powell Law Office, P.C.<br>c/o InCorp Services, Inc.<br>36 South 18th Avenue, Suite D<br>Brighton, CO 80601, | **Jury Demand Requested** |
| Defendant. | |

### JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C.

   §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred

   in this District.

### PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for

   personal, family, or household uses (the õDebtö).

4- Plaintiff is a resident of the State of Illinois.

5- Defendant is a corporation with its principal office in the State of Colorado.

6- Defendant uses instruments of interstate commerce for its principal purpose of business,

   which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

9- On or around November 16, 2011, Defendant sent Plaintiff a letter to collect the Debt.

10- On or around December 8, 2011, Plaintiff's husband called Defendant.

11- During this communication, Plaintiff notified Defendant that Plaintiff retained an attorney to file for bankruptcy and provided the attorney's contact information to Defendant.

12- On or around December 16, 2011, despite having notice of Plaintiff's representation, Defendant again telephoned Plaintiff about the Debt.

13- Defendant damaged Plaintiff.

14- Defendant violated the FDCPA.

## COUNT I

15- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

16- Defendant violated 15 USC §1692c(a)(2) by communicating with a consumer after having notice that the consumer was represented by an attorney.

## COUNT II

17- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

18- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, the Debt.

## COUNT III

19- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

20- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading methods to collect a debt.

## JURY DEMAND

21- Plaintiff demands a trial by jury.

## **PRAYER FOR RELIEF**

22- Plaintiff prays for the following relief:

    a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

    b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3);

    d. Any other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*          
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 709
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
Richard@meierllc.com
*Attorney for Plaintiff*